326 F.2d 973
 UNITED STATES, Appellant
v.
Reid COMPTON et al.
UNITED STATES, Appellant
v.
Earl WATERLAND et al.
UNITED STATES, Appellant
v.
Virgil SIMONS et al.
 Nos. 17545-17547.
 United States Court of Appeals Eighth Circuit.
 January 29, 1964.
 
 Appeals from United States District Court for the District of South Dakota.
 Harold C. Doyle, U. S. Atty., for appellant.
 Horace R. Jackson, Rapid City, S. D., for appellee.
 PER CURIAM.
 
 
 1
 Appeals dismissed on motion of appellant and stipulation of parties.